WR-46-4731b and WR46-473-17   46,473-16; -17

Jan 30th 2015

Ronney Earl Williams
    Realtor / Ex Parte

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 04 2015
Abel Acosta, Clerk

**MOTION DISMISSED**
DATE: 2-11-15
BY: PC

Re: Request/Motion For Reconsideration

Application For Writ of Mandamus/
Arrest of Judgement
        Tr. Ct. No. 74312

Dear Clerk,

I received the Write Cards in WR 46,473-16 and WR 46,473-17, Tr. Ct. No 74312 denied w/out written Order Motion For leave to file Original Application for Writ of Mandamus.

Realtor has presented Original Writ of Habeas Corpus For Bond Reduction and also Writ of Habeas Corpus for Release due to delay as proscribe under law and rules of Tex. Code of Criminal Procedures Art 11.

On Nov. 19th 2014 due to Trial Court and State Prosecution failure to respond w/in the Procedure Rules guideline. Realtor and /or through Counsel "gave Verbal Notice" to Prosecution that the Writ of Habeas Corpus for Bond Reduction a Writ of Mandamus Will be issue to Compel the State to file it's answer, said Matter are recorded upon 412 District Court Audio Recorder.

The (2nd) Second Writ of Habeas Corpus Release due to delay was thus presented to State Prosecution through Realtor's Counsel Lynette Briggs on Noted above [date] stamped filed dated and informed State that Writ of Mandamus Would be filed of State failed to Comply w/ Procedure Rules, Notice Was given to State

Clerk in both instances and were totally ignored. A Pretrial Motion for Release and Bond Reduction was filed by Realtor's Counsel on Nov 20, 2014 and hearing set on Dec 17, 2014. The Recording of said Motion Hearing is available to this Court of Criminal Appeal to sustained Realtor's grounds entitling him to Habeas Relief, Bond Reduction and/or Release due to delay Hearing. Ex Parte Seller 516 sw2d. 665. T.C.C.A supra Art 11.24.

This Court has also noted that the State's court has to follow Policy & Procedure Rules promulgated by State and Federal Laws. Tex Const Art 1 §12; Art 1.08 CCP. U.S.C
Article 11.35 States any person disobeying the writ shall be liable for civil action... and shall pay in suit $50 dollar for each day of illegal detention and restraint, after service of the writ. Art. 11.44. Discharged from Confinement.
    The Rules are authoritive and must be invoke by this
    Honorable Court of Criminal appeals "as a Matter of law" and
    "in the interest of justice" Otherwise there's no Restraint and thus no Check and Balance.

Realtor is entitled to Habeas hearing in regards to Habeas Corpus for Bond Reduction and or Release due to delay, as a Matter of law.

Sincerely,
Ronney Earl Williams

Ronney Earl Williams

WR46-473-16; WR46-473-17

X
X
X

Texas Court Criminal Appeal

Austin, Texas

## Motion For Reconsideration En banc and/or

## Arrest of Judgement

To the Honorable Justices of Said Court:

Comes how Ronney Earl Williams Realtor's named herein and Move respectfully this Honorable Court to present his Motion For Re-Consideration En banc and/or Arrest of Judgement of Said Order issued on Jan 21st 2015 Denied W/Out Written Order ... in WR-46,473-16 and WR46-473-17 and Make "a prima facie" Showing why his relief should be granted.

### I

Realtor filed his Original Pre-Trial Writ of Habeas Corpus For Bond Reduction on Oct. 21st/23rd 2014 as Noted on record. The State failed to file Response/Answer, Within the timeline/deadline "as a matter of law". Article II T.C.C.P. Supra.

### II

Pre-Trial Motion Hearing was held on Nov 19, 2014. Counsel filed/presented No Motion(s) to Court, Realtor's requested Counsel to file and present his (2nd) Second Writ of Habeas Corpus - Release due

to delay, pursuant to Article 11.151 and also instructed Counsel to informed Clerk of State's failure to Comply w/ Procedures Rules Violated Article 11 of Tex Code of Criminal Procedure, Supra and Realters Constitutional Rights to Habeas Corpus, a Request for Writ of Mandamus will follow in exhaustion of Remedy.

## III

Nov 20th, 2014 Counsel filed Motion for Release and Reasonable Bond, hearing date set Dec 17, 2014. (Records available to this Court). (See also copy of Motion for Release (Reasonable Bond). Trial Court Judge Warren reduced Bond of $75,000 to $25,000, and thus also inquired about the two (2) Writs of Habeas Corpus, Missing and/or Removed from Court records/file of Realter. (also Noted/Recorded on Audio recorder).

"Realter's factual evidence is sustained by the records showing "a prima facie" case and also Objects to Affidavit of Kathleen McDougal District Clerk and Custodian, as shown herein....

... 1. State Response alleges that Sept. 24, 2014 Lynette Briggs was appointed to represent as Counsel on Record.
     On Aug 12 2014 Court Appointed Counsel Lynette Briggs as Counsel of Record (see document Enclosed). Counsel also Visited Realter on Aug. 23rd 2014 at Brazoria County jail, thus, the State's Response should strucked/denied = Overruled.

... 2. State's Response admitted and presented Realter's Writ of Habeas Corpus for Bond Reduction, however, Committed perjury and false statement/testimony stating: the Writ hearing Was

Act on Dec 17, 2014, when in essence, "The Motion to Release and Set Reasonable Bail Hearing, was held in the 41z District Court on Dec. 17, 2014.

3. Affidavit of Kathleen McDougald-Deputy District Clerk Custodian stated the Court Records Show that a Hearing was held on this Writ on December 17, 2014 and defendant's bond was reduced to $25,000 attached docket Sheet clearly shows that a Motion to Release Defendant and Set Reason-able Bail. Motion Granted, Bond Reduced to $25,000

Realtor requests this testimony (statement) Contained in the State's Response (via) Affidavit be Overruled, Stricked and denied, due to declaration support perjurious testimony and Statements perpetual and fallaciously instigated. They Maybe Confused but We are clearly Convinced that Writ, Habeas Corpus was not Considered/ Reviewed, this, Violated Realtor's Constitutional Rights under Operation of law entitling Realtor's to Habeas Relief.

Wherefore; Premises Considered Realtor, may the Court Grants this Motion and/or Habeas Corpus Relief, Hearing and Release sought.

Granted/Denied.

Respectfully Submitted
Ronney Earl Williams

Signed on Jan, 30 of 2015.

# Exhibit

*Please Copy and Return upon Receipt alone w/ Writ of Habeas Corpus Release due to delay Pursuant to Art 11. 157 T.C.C.P supra.

Thank you

# Law Office of Lynette Briggs

P.O. Box 46
Hitchcock, TX 77563

7917 Hwy #6
Lbriggslaw@verizon.net

Office 409-986-6565
Fax 409-986-9189

August 12, 2014

Ronney Earl Williams
SO # 161744
Brazoria County Jail
3602 County Road 45
Angleton, Texas 77515

**Re: Charges Man/De: CS**

Dear Mr Williams

I have been appointed to represent you in Brazoria County for the charges referenced above.

I will secure as soon as possible more information on your case, the charges involved, and will review your file.

I cannot discuss the details of your case with anyone but you. To do otherwise would violate the attorney client privilege. In the meantime, do not give any statements or information on your case to anyone.

**Please be reminded that your telephone calls and visitations can and will be recorded.**

I will be in touch with you soon.

Sincerely,

Lynette Briggs

LB/tak

*[handwritten notes:] Wrote Attorney letter Aug. 19th 2014 Request Bond Reduction and Examining Trial on Sat. 23rd. Attorney Visit informed Me 25-28 Would*

## NO. 74312

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 412 JUDICIAL DISTRICT |
| | § | |
| RONNY EARL WIILLIAMS | § | BRAZORIA COUNTY, TEXAS |

## MOTION TO RELEASE DEFENDANT AND SET REASONABLE BAIL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Ronny Earl Wliilliams, Defendant in the above captioned cause, moves the Court to set a reasonable bond, and in support of this Motion would show the following:

1.      Defendant was arrested on or 08-07-2014, and is presently confined in the BRAZORIA County Jail by virtue of the complaint filed in the above cause now pending in the ANGLETON, Texas charging him with MAN /DEL CS PG 1>=4G <200G. As of the date of filing of this Motion, the case has not been indicted.

2.      Bail is presently set at $75000.00.

3.      Defendant could make bail in the amount of $5000 OR LOWER, which amount is reasonable to secure Defendant's presence in court.

4.      Defendant has been held under bail of $75000.00 since the date of his arrest. Unless bail is set in a reasonable amount, he will be forced to remain in jail pending disposition of this case.   The State has not been ready for trial during this period.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the bail be reduced to $15000 OR LOWER, or some other amount that the Court determines is reasonable, and that Defendant be released from custody upon satisfaction of said bail.

Respectfully submitted,

LAW OFFICE OF LYNETTE BRIGGS
PO BOX 46
HITCHCOCK, Tx 77563
Tel: (409) 986-6565
Fax: (409) 986-9189

By:_____
LYNETTE BRIGGS
State Bar No. 24027109
lbriggslaw@verizon.net
Attorney for Ronny Earl WIilliams

## CERTIFICATE OF SERVICE

This is to certify that on 11-20-2014, 2014, a true and correct copy of the above and

foregoing document was served on the District Attorney's Office, Brazoria County, , by facsimile

transmission to 979-864-1525.

LYNETTE BRIGGS

## ORDER FOR A SETTING

On ____11-20-14____, 2014, the Defendant filed a Motion to Release

and Set Reasonable Bail. The Court finds that the party is entitled to a hearing on this matter,

and it is THEREFORE ORDERED that a hearing on this motion is set for _December 17 2014_

at ___9 AM___.

Signed on _____.